IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOUIS FOLINO, et al. | : | No. 11-3229 |

**O R D E R**

**AND NOW**, this 13th day of May, 2014, upon consideration of Petitioner's motion to amend (Doc. No. 36), and Respondents' response (Doc. No. 37), **I HEREBY ORDER** that Petitioner's motion to amend is **DISMISSED AS MOOT.**

/s J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.